COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re Galveston County Judge Mark Henry, Galveston County Commissioner Ryan Dennard, Galveston County Commissioner Kevin O'Brien, Galveston County Commissioner Stephen Holmes, and Galveston County Commissioner Ken Clark, in Their Official Capacities as the Galveston County Commissioners Court

Appellate case number:    01-14-00820-CV

On October 8, 2014, relators filed a petition for writ of mandamus in this Court. The Court requests a response to the petition for writ of mandamus from respondent, the Honorable Lonnie Cox. The response is due no later than **Wednesday, October 22, 2014.** Relators may file a reply to the response. Any reply is due to be filed no later than seven days after the response is filed.

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
                    ☒ Acting individually    ☐ Acting for the Court

Date: October 8, 2014